## McMANUS v. THE STATE.

The evidence authorized the verdict, and there was no error in re-
fusing a new trial.     *Judgment affirmed.*

October 8, 1892

Before Judge Ross.  City court of Macon.  March
adjourned term, 1892.

Maggie McManus was charged with larceny from the
house, in that, after entering the dwelling-house of
Mrs. Edge, she privately stole therefrom a dress of the
value of $20, of the personal goods of Clara Edge.
She was found guilty, and moved for a new trial upon
the grounds that the verdict was contrary to law and
evidence, etc.  The motion was overruled, and she
excepted.

Upon the trial there was evidence for the State, that
defendant about eleven o'clock in the day came into
the room of Emma Solomon, in the servant's house on
Mrs. Edge's place, with a dress, and offered to sell it to
Emma, saying that Mrs. Edge had given her the dress
to sell for her.  Emma told her she did not want to
buy it.  Defendant also offered to sell it to Mollie Mad-
dox who was present, and as Emma started off to
market, asked Emma to take the dress to a pawnbroker
and pawn it, which Emma did, getting $2, which she
brought back and put in defendant's bureau drawer.
Defendant came out of Mrs. Edge's house to the serv-
ant's house, bringing the dress with her.  A few days
afterwards defendant went to the police station and
asked a policeman what steps it would be necessary to
take to prosecute a woman who had pawned a dress for
her and not turned over the money, and asked the police-
man to go and arrest Emma Solomon, that she had given
Emma a dress to pawn and Emma had not brought her
back the money.  She told the policeman she got the

dress out of the hall of Mrs. Edge's house, and that Mrs. Edge had given her the dress. The dress was the property of Miss Edge; it was in the house at the time it was alleged to have been taken; it was taken without the consent of Mrs. Edge or Miss Edge; and it was worth $20.

No testimony was introduced by the defendant. She stated that she knew nothing about the dress, that she never gave it to Emma Solomon to pawn, and that she never told the policeman anything.

JOHN R. COOPER, by brief, for plaintiff in error.
W. H. FELTON, Jr., solicitor-general, by brief, *contra*.